**Morris T. WILLIAMS, Movant,**

**v.**

**STATE of Missouri, Respondent.**

**No. 55990.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 27, 1989.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Sept. 6, 1989.

Application to Transfer Denied
Nov. 14, 1989.

Cheryl Rafert, St. Louis, for movant.

William L. Webster, Atty. Gen., Daryl R. Hylton, Asst. Atty. Gen., Jefferson City, for respondent.

**1.** Movant's motion for leave to supplement brief

**ORDER**

PER CURIAM.

Movant, Morris T. Williams, appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. Movant had previously pleaded guilty to the charge of forcible sodomy and been sentenced to imprisonment for 27 years.

The judgment of the motion court is based on findings of fact that are not clearly erroneous. No error of law appears. An extended opinion would have no precedential value.

Judgment affirmed. Rule 84.16(b).[1]